ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-643 JMR/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY D. CARLSON

Defendant.

STIPULATION

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including June 8, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: May 11, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Terry D. Carlson, pro se
Defendant

IT IS SO ORDERED.

Dated: May 24, 2000

~~United States Magistrate Judge~~
~~United States District Court~~
HONORABLE JAMES M. ROSENBAUM, Judge
of U.S. District Court

FILED MAY 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK