UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-643 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>TERRY D. CARLSON,<br>Defendant. | ) | **ORDER** |

This matter comes before the Court on the motion of the United States for entry of default judgment against defendant. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the memorandum, affidavit and arguments of counsel, and upon all the files, records and proceedings herein,

IT IS ORDERED THAT default judgment in the principal sum of $5,435.49, plus interest to February 11, 2000, in the amount of $3,103.88, plus additional prejudgment interest from February 11, 2000, at the rate of nine percent (9%) per annum, pursuant to 28 U.S.C. § 2412 costs in the amount of $150.00, together with postjudgment interest, costs and disbursements as allowed by law, be entered against defendant.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 24, 2000

United States District Court

FILED AUG 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 24 2000
DEPUTY CLERK